AO 442 (Rev 11/11) Arrest Warrant          J/AS        SEALED          RECEIVED
                                                                        UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT

2020 JAN 29 PM 2:39

for the

Eastern District of Pennsylvania

EASTERN DISTRICT OF
PENNSYLVANIA

United States of America )
v. )
KENYATTA JOHNSON ) Case No. 20cr45-3
)
)
)
)
)
_____ )
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KENYATTA JOHNSON                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ❏ Superseding Indictment     ❏ Information    ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition    ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18:1343, 1346 - HONEST SERVICES WIRE FRAUD - 2 COUNTS

Date:     01/28/2020

_____
KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:    PHILA., PA                          KATE BARKAMN, CLERK OF COURT
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-28-2020, and the person was arrested on *(date)* 1-31-2020 at *(city and state)* PA |
| Date: 1-31-2020                                    _____JRS_____ |
|                                                    *Arresting officer's signature* |
|                                                    *Printed name and title* |